[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Hand,* Slip Opinion No. 2016-Ohio-8355.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2016-OHIO-8355

THE STATE OF OHIO, APPELLEE, *v.* HAND, APPELLANT.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Hand,* Slip Opinion No. 2016-Ohio-8355.]

*Appeal dismissed as having been improvidently accepted.*

(No. 2015-0652—Submitted December 13, 2016—Decided December 27, 2016.)

APPEAL from the Court of Appeals for Montgomery County,

No. 25840.

_____

{¶ 1} The cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, FRENCH, and O'NEILL, JJ., concur.

KENNEDY, J., dissents.

_____

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Andrew T. French, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Sheryl Trzaska, Assistant Public Defender, for appellant.

_____